**No. 10-6392. Anthony Deshaun Johnson, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice Correctional Institutions Division.**

562 U.S. 1047, 131 S. Ct. 603, 178 L. Ed. 2d 440, 2010 U.S. LEXIS 8942.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6393. Marlin E. Jones, Petitioner v. City of North Platte, Nebraska, et al.**

562 U.S. 1047, 131 S. Ct. 603, 178 L. Ed. 2d 440, 2010 U.S. LEXIS 8907, ■

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 383 Fed. Appx. 579.

**No. 10-6395. Kenneth Alan Stradley, Petitioner v. Willie L. Eagleton, Warden.**

562 U.S. 1047, 131 S. Ct. 603, 178 L. Ed. 2d 440, 2010 U.S. LEXIS 8998.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 373 Fed. Appx. 361.

**No. 10-6397. Richard Henry Johnson, Jr., Petitioner v. Oregon.**

562 U.S. 1047, 131 S. Ct. 603, 178 L. Ed. 2d 440, 2010 U.S. LEXIS 8973.

November 15, 2010. Petition for writ of certiorari to the Court of Appeals of Oregon denied.

Same case below, 230 Or. App. 756, 217 P.3d 703.

**No. 10-6416. Tyrone Lavon Keys, Petitioner v. Michigan.**

562 U.S. 1047, 131 S. Ct. 604, 178 L. Ed. 2d 440, 2010 U.S. LEXIS 8845.

November 15, 2010. Petition for writ of certiorari to the Circuit Court of Michigan, Eaton County, denied.

**No. 10-6420. Jimmy Lee Brown, Petitioner v. William Smith.**

562 U.S. 1047, 131 S. Ct. 604, 178 L. Ed. 2d 440, 2010 U.S. LEXIS 8897.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 368 Fed. Appx. 712.

**No. 10-6429. Rafael Martel, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 1047, 131 S. Ct. 604, 178 L. Ed. 2d 440, 2010 U.S. LEXIS 8932.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-6430. Kala B. White, Petitioner v. Amy Hathaway, et al.**

562 U.S. 1047, 131 S. Ct. 604, 178 L. Ed. 2d 440, 2010 U.S. LEXIS 8832.

November 15, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.